**SO ORDERED.**

**SIGNED this 10th day of May, 2022.**



*Dale L. Somers*
Dale L. Somers
United States Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-41545-11 |
| FENCEPOST PRODUCTIONS, INC., *et al.*, ) | Chapter 11 |
| ) | Jointly Administered |
| Debtors. ) | |

## AGREED ORDER

THIS MATTER comes on the United States Trustee's Motion to Dismiss or Convert and, after review of the record and consideration of the agreement of the parties,

THE COURT FINDS as follows:

1. On December 18, 2019, Debtors Fencepost Productions, Inc. ("Fencepost"), NPB Compan, Inc. ("NPB"), and Old Dominion Apparel Corporation ("ODA") initiated bankruptcy cases by filing their Voluntary Petitions under Chapter 11 of the United States Bankruptcy Code. Debtors remain in possession of their property and in control of their affairs pursuant to 11 U.S.C. §§ 1107 and 1108.

2. Debtors' business consists of ownership and operation of the design and distribution of outdoor apparel for men, women, and youth under a variety of brand names. The apparel is sold to major department stores, sporting goods stores, mass merchant retailers, and national online retailers. The prepetition financing of Debtors' business largely derived from its prepetition loan with Associated Bank, N.A. ("AB"), which remains the largest creditor in the Chapter 11 proceeding.

3. Debtors are affiliated entities which collectively operate as a common and integrated business enterprise in the production and distribution of outdoor apparel. Debtors' Chapter 11 cases are jointly administered pursuant to the Order Granting Motion for Joint Administration entered on March 20, 2020 (Doc #202).

4. On March 11, 2020, the Court enter its Order Approving Debtors' Motion for Approval of Settlement with Associated Bank, N.A. (Doc #303) (the "AB Settlement Order"), which, without limitation, approved that certain settlement agreement between the Debtors and AB (the "AB Settlement").

5. Debtors filed their First Amended Joint and Consolidated Chapter 11 Plans of Reorganization (the "Plan") on November 11, 2020 (Doc #303). The Court conducted a confirmation hearing on August 25, 2021 and thereafter issued the Order Confirming Debtors' First Amended Joint and Consolidated Chapter 11 Plans of Reorganization (the "Confirmation Order") on August 31 2021 (Doc #421).

6. The Plan's Effective Date (as defined in the Plan) occurred on November 1, 2021, and Debtors commenced payments to creditors under the Plan in November 2021. Debtors have made ongoing Plan payments to creditors in 2022.

7. Notwithstanding Debtors' ongoing distributions under the Plan, Debtors are delinquent in the filing of certain operating reports and payment of certain statutory fees to the Office of the United States Trustee (the "UST"). This delinquency precipitated the filing of the United States Trustee's Motion to Dismiss or Convert (the "Motion") on April 14, 2022 (Doc #445). The Motion recommends dismissal of the Debtors' Chapter 11 cases.[1] The Limited Response of Associated Bank, National Association to U. S. Trustee's Motion to Dismiss or Convert was filed on May 6, 2022 (Doc #472).

8. In the aftermath of the filing of the Motion, Debtors' counsel discussed a potential resolution of the Motion with the UST that would preserve Debtors' business and the ability of creditors to continue to receive distributions under the Plan. Both the UST and Debtors are agreeable with the resolution of the Motion and the conclusion of the Chapter 11 proceeding based on the following:

    a) both the Fencepost case (No. 19-41545) and the NPB case (No. 19-41542) shall be dismissed, which dismissals, for the avoidance of doubt, are not based upon an inability to effectuate substantial consummation of the Plan;

    b) ODA is current on the submission of all past-due operating reports and has paid all UST fees through the first quarter of 2022. ODA will pay all remaining UST fees in full;

    c) ODA will file its Application for Final Decree to close its case (No. 19-41543); and

    d) the Plan and Confirmation Order shall remain binding on all three Debtors and their creditors, and, for the avoidance of doubt, the Settlement Order shall remain binding on all three Debtors and AB.

---

[1] The UST withdraws its assertion in the Motion that the Plan was not substantially consummated as a basis for dismissal.

9. Debtors overcame substantial financial challenges arising from the pandemic and successfully negotiated with their largest creditors to achieve a consensual Plan for confirmation. The foregoing proposal to resolve the Motion and conclude this Chapter 11 proceeding is reasonable and equitable. It will facilitate the preservation of this challenging reorganization and the business enterprise of the Debtors while affording creditors the opportunity to receive distributions under the Plan.

10. The Plan is substantially consummated with respect to all Debtors and should be preserved for the benefit of all Debtors and the creditors. Good cause exists for entry of this Agreed Order.

THEREFORE, IT IS HEREBY ORDERED as follows:

1. These cases will no longer be subject to joint administration;

2. On the terms stated above, the Fencepost case (No. 19-41545) and the NPB case (No. 19-41542) are dismissed;

3. ODA is directed to complete submission of all past-due operating reports and pay all UST fees in full;

4. ODA will file within 14 days of entry of this Agreed Order its Application for Final Decree to close its case (No. 19-41543); and

5. The Plan and Confirmation Order shall remain binding on all three Debtors and their creditors, and, for the avoidance of doubt, the Settlement Order shall remain binding on all three Debtors and AB.

IT IS SO ORDERED

#####

SUBMITTED BY:

McDOWELL, RICE, SMITH & BUCHANAN


By: */s/ Jonathan A. Margolies*
      Jonathan A. Margolies    MO #30770
                                      KS Fed #70693
605 West 47th Street, Suite 350
Kansas City, MO 64112
Telephone: 816/753-5400
Fax: 816/753-9996
jmargolies@mcdowellrice.com
ATTORNEYS FOR DEBTORS

APPROVED BY:

| ILENE J. LASHINSKY,<br>UNITED STATES TRUSTEE | AKERMAN LLP |
|---|---|
| By: */s/ Richard A. Kear*<br>    Richard A. Kear    KS #20724 | By: */s/ Paul T. Musser*<br>    Paul T. Musser    IL #6304946<br>    (admitted *pro hac vice*) |
| Trial Attorney<br>301 North Main Street, Suite 1150<br>Wichita, KS 67202<br>Telephone: 316/269-6213<br>richard.kear@usdoj.gov<br>UNITED STATES TRUSTEE | 71 South Wacker Drive, 47th Floor<br>Chicago, IL 60606<br>Telephone: 312/870-8044<br>paul.musser@akerman.com<br>ATTORNEYS FOR<br>ASSOCIATED BANK, N.A. |