**SO ORDERED.**

**SIGNED this 25th day of May, 2022.**



Dale L. Somers
United States Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

Fencepost Productions Inc.
        Debtor(s)          Case No. 19-41545-11

### ORDER CLOSING ESTATE

THIS MATTER comes before the Court *sua sponte* following the dismissal of this case on May 10, 2022.

IT IS HEREBY ORDERED that this case be, and the same hereby is closed.

### #